UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Linh Dang,

          Plaintiff,

    vs.

NCO Financial Systems, Inc.,
Christina Jones, and Krista
Plattes,

          Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 08-263 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed, without prejudice, as to the Defendants Christina Jones, and Krista Plattes, for failure to comply with this Court's Order of June 4, 2008, for failure to effect proper service on the Defendants Christina Jones and Krista Plattes, and for lack of prosecution.

DATED: 08/08/08

          s/Patrick J. Schiltz
          Patrick J. Schiltz
          United States District Judge